Printed: 01/13/11 07:46 AM

# Claims Distribution Small Checks

Trustee: Bridget A. Brine (430170)

Page: 1

Case: 09-51229 - FOSTER, BETHANN L



| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 92000266120266 | 111 | 01/13/11 | | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $8.90 |
| | | | 2 | 11/20/09 | 610 | Dell Financial Services L.L.C. | 201.77 | 201.77 | 0.50 | 0.50 |
| | | | 3 | 11/25/09 | 610 | Cook County North Shore Hospital | 742.17 | 742.17 | 1.86 | 1.86 |
| | | | 4 | 11/30/09 | 610 | NORTHERN WILDS MEDIA INC. | 163.20 | 163.20 | 0.41 | 0.41 |
| | | | 10 | 12/04/09 | 610 | COMO OIL AND PROPANE | 624.56 | 624.56 | 1.56 | 1.56 |
| | | | 11 | 12/10/09 | 610 | CAPITAL ONE BANK USA, N.A. | 1,827.75 | 1,827.75 | 4.57 | 4.57 |

(*) Denotes objection to Amount Filed